IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BENJAMIN JAMES MACHUL,  :

    Plaintiff,

  v.  :  Case No. 3:20-cv-78

STATE OF FLORIDA, *et al.*,    JUDGE WALTER H. RICE

    Defendants.  :

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT WITHOUT PREJUDICE (DOC. #7); OVERRULING AS MOOT PLAINTIFF'S MOTION FOR HEARING (DOC. #6); REJECTING AS MOOT UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #3) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #5); OVERRULING AS MOOT PLAINTIFF'S OBJECTIONS THERETO (DOC. #4); TERMINATION ENTRY

---

Pursuant to Fed. R. Civ. P. 41(a), the Court SUSTAINS *pro se* Plaintiff Benjamin James Machul's Motion to Withdraw Complaint Without Prejudice, Doc. #7, which the Court construes as a voluntary dismissal of all of his claims. The Court OVERRULES AS MOOT Plaintiff's Motion for Hearing, Doc. #6.

The Court REJECTS AS MOOT United States Magistrate Judge Michael J. Newman's Report and Recommendations, Doc. #3, and Supplemental Report and Recommendations, Doc. #5, and OVERRULES AS MOOT Plaintiff's Objections to the Report and Recommendations, Doc. #4.

Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: April 27, 2020

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE